■ In the Matter of ERICK F. LARSEN et al., Appellants, v WILLIAM J. CANARY, JR., et al., Respondents, and DONALD C. ALLGROVE, Respondent-Respondent.—Judgment of the Supreme Court, Suffolk County, dated August 14, 1985, affirmed,

without costs or disbursements, for reasons stated by Justice Gowan at Special Term. Mollen, P. J., Mangano, Thompson, Rubin and Lawrence, JJ., concur.